**CT Corporation**

**Service of Process Transmittal**
08/04/2010
CT Log Number 517060157

**TO:**   Lauren Rowinski
MedStar Health, Inc.
4979 Mercantile Road, Suite F
White Marsh, MD 21236

**RE:**   **Process Served in District of Columbia**

**FOR:**   Georgetown University Hospital (Assumed Name) (Domestic State: DC)
MedStar-Georgetown Medical Center, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Patricia Wheeler, Pltf. vs. Georgetown University Hospital, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Initial Order and Addendum, Summons, Complaint, Exhibits |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2010 CA 005604 B |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - On basis of Race - Seeking $12,100,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/04/2010 postmarked on 08/02/2010 |
| **APPEARANCE OR ANSWER DUE:** | Within twenty (20) days after service of this summons upon you, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | E. Scott Frison, Jr., Esq.<br>1629 K St., NW<br>Ste. 300<br>Washington, DC 20036<br>240-398-9283 |
| **ACTION ITEMS:** | Telephone, Melissa Coleman , 410-772-6830<br>SOP Papers with Transmittal, via  Fed Ex 2 Day , 793792814406<br>Image SOP<br>Email Notification, Melissa Coleman melissa.l.coleman@medstar.net<br>Email Notification, Alexander Eremia, Esq. alexander.d.eremia@medstar.net<br>Email Notification, Mary Cierkowski mary.d.cierkowski@medstar.net<br>Email Notification, Kerry Richard kerry.m.richard@medstar.net<br>Email Notification, Lauren Rowinski lauren.rowinski@medstar.net |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Mark Diffenbaugh<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC 20005<br>202-572-3133 |



**Page 1 of  1 / MD**

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

PATRICIA WHEELER
    Vs.                          C.A. No.     2010 CA 005604 B
GEORGETOWN UNIVERSITY HOSPITAL

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge JUDITH N MACALUSO
Date:  July 26, 2010
Initial Conference: 9:30 am, Friday, November 05, 2010
Location:  Courtroom A-50
         515 5th Street N.W.
         WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found· at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION

500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001 Telephone: 879-1133

Patricia Wheeler

*Plaintiff*

vs.

Georgetown Univ. Hospital, c/o Ct Corporation System,
1015 15th St. NW, Ste. 1000 Washington, D.C. 20005

*Defendant*

Civil Action No. 0005604-10

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room 5000 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

E. Scott Frison, Jr., Esq.

Name of Plaintiff's Attorney

1629 K St., NW, Ste. 300

Address

Washington, D.C. 20036

240-398-9283

Telephone

By _Adrienne J. Marsh_
Deputy Clerk

Date 4 26 2010

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA 5000.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM 5000.

Form CV(6)-456/Mar. 78

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

**AND**  If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room 5000 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RECEIVED
Civil Clerk's Office
JUL 2 6 2010
Superior Court of the
District of Columbia
Washington, D.C.

| | | |
|---|---|---|
| Patricia Wheeler<br>10313 Serenade Court<br>Clinton, MD 20735 | ) ) ) ) | |
| **Plaintiff,** | ) | **Case No.**  0005604-10 |
| **v.** | ) ) | |
| Georgetown University Hospital<br>a/k/a MEDSTAR-Georgetown Medical<br>Center, c/o Registered Agent<br>CT Corporation System<br>1015 15th St., NW, Ste. 1000<br>Washington, D.C. 20005 | ) ) ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## COMPLAINT

NOW COMES Patricia Wheeler with a complaint against Georgetown

University Hospital for retaliation in violation of Title VII, and termination in

violation of public policy.[1]

## JURISDICTION

This court has subject matter and personal jurisdiction over the issues and

parties, under its powers of General Jurisdiction to resolve disputes taking place

in the geographical jurisdiction and under the judicial jurisdiction of the District of

Columbia.

## PARTIES

Patricia Wheeler, a registered nurse of African American heritage, was

---

[1] Nurse Wheeler must abide by a Nurse's Code of Ethics. Based upon her advocacy of patient's rights and reporting negligent conduct and medical malpractice by a fellow employee she was targeted by her superior for adverse action.

formerly employed by Georgetown University Hospital. She was terminated on January 8, 2010. Nurse Wheeler claims that her termination was race based, was in retaliation for her complaining about discrimination in the workplace, and was in violation of the public policy exception to at will employment. She files this action challenging her termination.

Georgetown University Hospital is the former employer of Nurse Wheeler other Nurses identified by Nurse Wheeler, who acted in a manner adverse to patient care, and for whom Georgetown University Hospital covered up conduct detrimental to the patient and patient families.[2]

## FACTS

1.     From June 2009 to her termination in January 2010, Nurse Wheeler reported observed conduct consistent with the Nurses Code.[3] She reported the following problems in patient care to Georgetown University Hospital Management:

    a.  Failure to properly train "Floated" Nurses on the use of equipment assigned to each patient.

    b.  Failure to assign step down patients to Floated Nurses.

    c.  Improper documentation of patient care and support services.

---

[2] Nurses reported by Nurse Wheeler as having committed acts detrimental to patient care are: Nurse Whitney Lingerfeller, RN (Caucasian); Date McCarthy, RN (Caucasian); Christine Sincock, RN (Caucasian); and Alessandra Allen, RN (Caucasian).

[3] See Nurses Code, Ex. 1, Ex. 2 and Ex. 3.

d.   Improper administration of medications resulting in harm to patients and
in one case the death of a patient.

e.   Cover ups of medical negligence.

2.      Specifically Nurse Wheeler complained to her Clinic Manager, Ms.
Angela Hollandsworth, and to the Director, Ms. Sue Howell about the following
"sentinel events":[4]

a.      Nurse Whitney Lingerfeller, RN, a Caucasian, while assigned to 4
East/Main committed "sentinel event." While assigned responsibility for a patient
on an IV Heparin drip. Nurse Lingerfeller calculated the incorrect dosage causing
the patient medical complications.  The Patient "crashed" and was transferred to
ICU.  Nurse Wheeler and other Nurses reported the incident consistent with their
ethical code and Hospital Policy.  However Georgetown Hospital Administrators
did not discipline Nurse Lingerfeller for her conduct, and acted adversely towards
Nurse Wheeler for reporting the incident.

b.      Nurse Kate McCarthy, RN, a Caucasian, while assigned to 4
East/Main committed "sentinel event." Assigned responsibility for a patient who
had a change in mental status, Nurse McCarthy failed to report the change in
mental status to the Charge Nurse, to detriment of the patient and in violation of
her duty, and hospital policy.   Nurse McCarthy gave a brief patient report to
Cristin Bowman, RN but was so focused on departing for lunch that she omitted
reporting the change in the patient's mental status.   After Nurse McCarthy

_____

[4] Sentinel event is an occurrence involving serious injury to or the death of a patient.

3

departed, Nurse Bowman and Nurse Erin Grant visited the patient and found her non-responsive and foaming at the mouth.  Nurses Wheeler, Bowman, and Grant called a Code and the patient was transferred to the ICU.  Nurse Wheeler later discussed with Nurse McCarthy the appropriate response when a patient has a change in mental status.  Nurse McCarthy admitted that she "thought the patient's behavior was attributable to the dialysis" she had received and that "the patient has been like that for a while."  Consistent with the Nurse's Code and Hospital Policy, Nurse Wheeler and Nurse Kate Theissen reported the incident to Clinical Manager Angela Hollandsworth.  Consistent with her past performance when the target of the complaint is Caucasian, Clinical Manager Hollandsworth took no action.  The patient died two weeks later.  The Georgetown Hospital Administrators would not discuss the incident with Nurse Wheeler, and acted adversely towards Nurse Wheeler for reporting the incident.

c.    Nurse Christine Sincock, RN, a Caucasian, was assigned a patient diagnosed with Sickle Cell.  On June 11, 2009, Nurse Sincock, while working the night shift, discontinued the medication Desferal IV.  The patient's doctor stated that he had not ordered the medication discontinued and that the medication should be hanging (administered) continuously.  Nurse Wheeler and the Charge Nurse, Kristine Sison, reviewed patient notes to ascertain why Nurse Sincock had discontinued the medication without medical authorization by the treating physician.  The records provided no such reasoning for her conduct.  The patient's physician instructed Nurse Wheeler to submit an incident report on the action.  Nurse Wheeler wrote and submitted an incident report per the physician's

4

request and consistent with her ethical duty and Hospital Policy.  Nurse Wheeler also discussed the matter with Nurse Sincock the next day.  Nurse Sincock admitted that she discontinued the medication at the request of the patient's mother.  She also admitted her failure to document her actions in the patient's record.  This information was made known to Clinical Manager Hollandsworth.  Consistent with her past performance when the target of the complaint is Caucasian, Clinical Manager Hollandsworth took no action against Nurse Sincock, and acted adversely towards Nurse Wheeler for reporting the incident.

      d.     Nurse Alessandra Allen, RN, a Caucasian, was floated[5] to the ICU (C42) on December 29, 2009, and assigned a patient who needed a "bite block" to prevent the patient from biting her tongue.  Nurse Allen did not administer the bite block and the patient bit her tongue loosing approximately 100 ml of blood.  The patient's mother complained to the Charge Nurse, Charrisse, an RN who later informed Wheeler of what happened.  However, consistent with past procedures, when the target of the complaint is Caucasian, Clinical Manager Hollandsworth took no adverse action despite the clear harm to the patient.

      3.     In retaliation for her repeated filing incident reports against co-workers who had acted to the detriment of patient care, Nurse Wheeler was targeted for adverse action and termination by Clinical Manager Angela Hollandsworth, who repeatedly failed to take disciplinary action against Caucasian Nurses committing negligent acts as well as medical malpractice.

---

[5] Temporary assigned.

4.　　Nurse Wheeler gave Notice of her intent to file an EEO complaint, and did file said complaint on January 7, 2010. Ex. 4.  On January 8, 2010 Clinical Manager Hollandsworth terminated Nurse Wheeler citing workplace incidents, disputed by Nurse Wheeler as pretext.  Ex. 5.  Based upon the above facts, Nurse Wheeler claims the following causes of action:

### Count I
### Title VII - Race

5.　　Incorporating paragraphs 1- 4 as if stated herein, Nurse Wheeler alleges that Clinical Manager Hollandsworth discriminated against her and other African American Nurses in a series of incidents from January 2007 through January 8, 2010.

6.　　Nurse Wheeler complains that Clinical Manager Hollandsworth discriminated in work assignments, training support, and responded in a disparate manner to workplace infractions committed by African Americans as opposed to similar workplace infractions by Caucasian Nurses.

7.　　Nurse Wheeler claims that this ongoing institutionalized practice and policy of disparate treatment and discrimination in the workplace caused her severe emotional distress, and was the basis for her employment termination.

**WHEREFORE** Nurse Wheeler prays for judgment and compensatory damages of $ 300,000 in compensatory damages, $100,000 in special damages, and $1,000,000 in punitive damages, the cost of bringing this action, and attorney fees.

## Count II
### Title VII – Retaliation

8.      Incorporating paragraphs 1- 7 as if repeated herein, Nurse Wheeler alleges that Clinical Manager Hollandsworth initiated several adverse actions against her in retaliation for Nurse Wheeler complaining that she was being discriminate against based upon race.

9.      After Nurse Wheeler made her allegations, Clinical Manager Hollandsworth initiated several adverse actions against Nurse Wheeler which was intended to deter Nurse Wheeler and other similarly situated Nurses from filing EEO complaints and which did in fact discourage other African American Nurses from filing such complaints.

10.      Clinical Manager Hollandsworth terminated Nurse Wheeler in retaliation for her reporting negligent acts of her fellow nurses, and for complaining about acts of discrimination in the workplace.  Nurse Wheeler claims that this ongoing institutionalized discriminatory practice and policy in the Georgetown Hospital workplace caused her severe emotional distress, and was the basis for her employment termination.

**WHEREFORE** Nurse Wheeler prays for judgment and compensatory damages of $ 300,000 in compensatory damages, $100,000 in special damages, and $1,000,000 in punitive damages, the cost of bringing this action, and attorney fees.

## Count III
### Termination in Violation of Public Policy - Ethics

11.      Incorporating paragraphs 1- 10 as if repeated herein, Nurse Wheeler

7

alleges that Clinical Manager Hollandsworth terminated her employment in violation of public policy, because she complied with the Nurse's Code to report incidents adverse to patient's care and reported such incidents.

12.    Nurse Wheeler alleges that in response to her reporting incidents where fellow Caucasian Nurses acted adverse and to the detriment of patients, Clinical Manager Hollandsworth ignored such reports and initiated adverse actions against Nurse Wheeler instead.

13.    Nurse Wheeler claims that her termination was a direct result of her adherence to the Nurse's Ethical Code as to her performance and the performance of her fellow Nurses and that her termination was in retaliation for her doing so.

14.    Nurse Wheeler claims that such retaliation is in violation of the public policy exception to at will employment.

**WHEREFORE** Nurse Wheeler prays for judgment and compensatory damages of $ 300,000 in compensatory damages, $100,000 in special damages, and $1,000,000 in punitive damages, the cost of bringing this action, and attorney fees.

### Count IV
### Breach of Contract

15.    Incorporating paragraphs 1- 14 as if repeated herein, Nurse Wheeler alleges that Clinical Manager Hollandsworth, breached the terms of her implied control wherein she had the right to expect fair dealing, and equal opportunity to succeed in the workplace.

8

16.   Nurse Wheeler planned to work for Georgetown University Hospital for a 30 year career, and alleges that her termination breached the terms of her employment and constitutes an unfair employment practice as that term is defined in the District of Columbia Human Rights Act.

**WHEREFORE** Nurse Wheeler prays for judgment and compensatory damages of $ 3,000,000 in compensatory damages, $100,000 in special damages, and $9,000,000 in punitive damages, the cost of bringing this action, and attorney fees.

Respectfully Submitted,

E. Scott Frison, Jr., Esq.
Bar No. 478092
Law Firm of E. Scott Frison, Jr.
1629 K. Street, NW Suite 300
Washington, DC 20036
240-398-9283 (phone)
FRISONLAW.ORG
frisonlaw@aol.com

### JURY TRIAL

Plaintiff requests a jury trial on all counts.

E. Scott Frison, Jr., Esq.

*Code of Ethics for Nurses With Interpretive Statements*

2001 Approved ProvisionsBack to the Code of Ethics page
<http://nursingworld.org/MainMenuCategories/ThePracticeofProfessionalNursing/Ethics
Standards/CodeofEthics.aspx>

*Table of Contents* *Preface* <#preface>

*Provision 1.* <#prov1> The nurse, in all professional relationships,
practices with compassion and respect for the inherent dignity, worth,
and uniqueness of every individual, unrestricted by considerations of
social or economic status, personal attributes, or the nature of health
problems.

   1.1 Respect for human dignity <#1.1>
   1.2 Relationships to patients <#1.2>
   1.3 The nature of health problems <#1.3>
   1.4 The right to self-determination <#1.4>
   1.5 Relationships with colleagues and others <#1.5>

*Provision 2.* <#prov2> The nurse's primary commitment is to the
patient, whether an individual, family, group, or community.

   2.1 Primacy of the patient's interests <#2.1>
   2.2 Conflict of interest for nurses <#2.2>
   2.3 Collaboration <#2.3>
   2.4 Professional boundaries <#2.4>

*Provision 3.* <#prov3> The nurse promotes, advocates for, and strives
to protect the health, safety, and rights of the patient.

   3.1 Privacy <#3.1>
   3.2 Confidentiality <#3.2>
   3.3 Protection of participants in research <#3.3>
   3.4 Standards and review mechanisms <#3.4>
   3.5 Acting on questionable practice <#3.5>
   3.6 Addressing impaired practice <#3.6>

*Provision 4.* <#prov4> The nurse is responsible and accountable for
individual nursing practice and determines the appropriate delegation of
tasks consistent with the nurse's obligation to provide optimum patient
care.

   4.1 Acceptance of accountability and responsibility <#4.1>
   4.2 Accountability for nursing judgment and action <#4.2>
   4.3 Responsibility for nursing judgment and action <#4.3>



4.4 Delegation of nursing activities <#4.4>

*Provision 5.* <#prov5> The nurse owes the same duties to self as to
others, including the responsibility to preserve integrity and safety,
to maintain competence, and to continue personal and professional growth.

    5.1 Moral self-respect <#5.1>
    5.2 Professional growth and maintenance of competence <#5.2>
    5.3 Wholeness of character <#5.3>
    5.4 Preservation of integrity <#5.4>

*Provision 6.* <#prov6> The nurse participates in establishing,
maintaining, and improving health care environments and conditions of
employment conducive to the provision of quality health care and
consistent with the values of the profession through individual and
collective action.

    6.1 Influence of the environment on moral virtues and values <#6.1>
    6.2 Influence of the environment on ethical obligations <#6.2>
    6.3 Responsibility for the health care environment <#6.3>

*Provision 7.* <#prov7> The nurse participates in the advancement of the
profession through contributions to practice, education, administration,
and knowledge development.

    7.1 Advancing the profession through active involvement in nursing
    and in health care policy <#7.1>
    7.2 Advancing the profession by developing, maintaining, and
    implementing professional standards in clinical, administrative,
    and educational practice <#7.2>
    7.3 Advancing the profession through knowledge development,
    dissemination, and application to practice <#7.3>

*Provision 8.* <#prov8> The nurse collaborates with other health
professionals and the public in promoting community, national, and
international efforts to meet health needs.

    8.1 Health needs and concerns <#8.1>
    8.2 Responsibilities to the public <#8.2>

*Provision 9.* <#prov9> The profession of nursing, as represented by
associations and their members, is responsible for articulating nursing
values, for maintaining the integrity of the profession and its
practice, and for shaping social policy.

    9.1 Assertion of values <#9.1>

9.2 The profession carries out its collective responsibility
through professional associations <#9.2>
9.3 Intraprofessional integrity <#9.3>
9.4 Social reform <#9.4>

*Preface*

Ethics is an integral part of the foundation of nursing. Nursing has a distinguished
history of concern for the welfare of the sick, injured, and vulnerable and for social
justice. This concern is embodied in the provision of nursing care to individuals and the
community. Nursing encompasses the prevention of illness, the alleviation of suffering,
and the protection, promotion, and restoration of health in the care of individuals,
families, groups, and communities. Nurses act to change those aspects of social
structures that detract from health and well-being. Individuals who become nurses are
expected not only to adhere to the ideals and moral norms of the profession but also to
embrace them as a part of what it means to be a nurse. The ethical tradition of nursing
is self-reflective, enduring, and distinctive. A code of ethics makes explicit the primary
goals, values, and obligations of the profession.

The Code of Ethics for Nurses serves the following purposes:

   * It is a succinct statement of the ethical obligations and duties of every individual
who enters the nursing profession.

   * It is the profession's nonnegotiable ethical standard.

   * It is an expression of nursing's own understanding of its commitment to society.

There are numerous approaches for addressing ethics; these include adopting or
subscribing to ethical theories, including humanist, feminist, and social ethics, adhering
to ethical principles, and cultivating virtues. The Code of Ethics for Nurses reflects all of
these approaches. The words "ethical" and "moral" are used throughout the Code of
Ethics. "Ethical" is used to refer to reasons for decisions about how one ought to act,
using the above mentioned approaches. In general, the word "moral" overlaps with
"ethical" but is more aligned with personal belief and cultural values. Statements that
describe activities and attributes of nurses in this Code of Ethics are to be understood
as normative or prescriptive statements expressing expectations of ethical behavior.

The Code of Ethics for Nurses uses the term /patient/ to refer to recipients of nursing
care. The derivation of this word refers to "one who suffers," reflecting a universal
aspect of human existence. Nonetheless, it is recognized that nurses also provide
services to those seeking health as well as those responding to illness, to students and
to staff, in health care facilities as well as in communities. Similarly, the
term/practice/refers to the actions of the nurse in whatever role the nurse fulfills,
including direct patient care provider, educator, administrator, researcher, policy
developer, or other. Thus, the values and obligations expressed in this Code of Ethics

3

apply to nurses in all roles and settings.

The Code of Ethics for Nurses is a dynamic document. As nursing and its social context change, changes to the Code of Ethics are also necessary. The Code of Ethics consists of two components: the provisions and the accompanying interpretive statements. There are nine provisions. The first three describe the most fundamental values and commitments of the nurse; the next three address boundaries of duty and loyalty, and the last three address aspects of duties beyond individual patient encounters. For each provision, there are interpretive statements that provide greater specificity for practice and are responsive to the contemporary context of nursing. Consequently, the interpretive statements are subject to more frequent revision than are the provisions. Additional ethical guidance and detail can be found in ANA or constituent member association position statements that address clinical, research, administrative, educational, or public policy issues.

/The Code of Ethics for Nurses with Interpretive Statements /provides a framework for nurses to use in ethical analysis and decision-making. The Code of Ethics establishes the ethical standard for the profession. It is not negotiable in any setting nor is it subject to revision or amendment except by formal process of the House of Delegates of the ANA. The Code of Ethics for Nurses is a reflection of the proud ethical heritage of nursing, a guide for nurses now and in the future.

*Provision 1.*

The nurse, in all professional relationships, practices with compassion and respect for the inherent dignity, worth, and uniqueness of every individual, unrestricted by considerations of social or economic status, personal attributes, or the nature of health problems.

*1.1 Respect for human dignity -* A fundamental principle that underlies all nursing practice is respect for the inherent worth, dignity, and human rights of every individual. Nurses take into account the needs and values of all persons in all professional relationships.

*1.2 Relationships to patients -* The need for health care is universal, transcending all individual differences. The nurse     establishes relationships and delivers nursing services with espect for human needs and values, and without prejudice. An individual's lifestyle, value system and religious beliefs should be considered in planning health care with and for each patient. Such consideration does not suggest that the nurse necessarily agrees with or condones certain individual choices, but that the nurse respects the patient as a person.

*1.3 The nature of health problems -*The nurse respects the worth, dignity and rights of all human beings irrespective of the nature of the health problem. The worth of the person is not affected by disease, disability, functional status, or proximity to death. This respect extends to all who require the services of the nurse for the promotion of

4

health, the prevention of illness, the restoration of health, the alleviation of suffering, and the provision of supportive care to those who are dying.

The measures nurses take to care for the patient enable the patient to live with as much physical, emotional, social, and spiritual well-being as possible. Nursing care aims to maximize the values that the patient has treasured in life and extends supportive care to the family and significant others. Nursing care is directed toward meeting the comprehensive needs of patients and their families across the continuum of care. This is particularly vital in the care of patients and their families at the end of life to prevent and relieve the cascade of symptoms and suffering that are commonly associated with dying.

Nurses are leaders and vigilant advocates for the delivery of dignified and humane care. Nurses actively participate in assessing and assuring the responsible and appropriate use of interventions in order to minimize unwarranted or unwanted treatment and patient suffering. The acceptability and importance of carefully considered decisions regarding resuscitation status, withholding and withdrawing life-sustaining therapies, forgoing medically provided nutrition and hydration, aggressive pain and symptom management and advance directives are increasingly evident. The nurse should provide interventions to relieve pain and other symptoms in the dying patient even when those interventions entail risks of hastening death. However, nurses may not act with the sole intent of ending a patient's life even though such action may be motivated by compassion, respect for patient autonomy and quality of life considerations. Nurses have invaluable experience, knowledge, and insight into care at the end of life and should be actively involved in related research, education, practice, and policy development.

*1.4 The right to self-determination -* Respect for human dignity requires the recognition of specific patient rights, particularly, the right of self-determination. Self-determination, also known as autonomy, is the philosophical basis for informed consent in health care. Patients have the moral and legal right to determine what will be done with their own person; to be given accurate, complete, and understandable information in a manner that facilitates an informed judgment; to be assisted with weighing the benefits, burdens, and available options in their treatment, including the choice of no treatment; to accept, refuse, or terminate treatment without deceit, undue influence, duress, coercion, or penalty; and to be given necessary support throughout the decision-making and treatment process. Such support would include the opportunity to make decisions with family and significant others and the provision of advice and support from knowledgeable nurses and other health professionals. Patients should be involved in planning their own health care to the extent they are able and choose to participate.

Each nurse has an obligation to be knowledgeable about the moral and legal rights of all patients to self-determination. The nurse preserves, protects, and supports those interests by assessing the patient's comprehension of both the information presented and the implications of decisions. In situations in which the patient lacks the capacity to

make a decision, a designated surrogate decision-maker should be consulted. The role of the surrogate is to make decisions as the patient would, based upon the patient's previously expressed wishes and known values. In the absence of a designated surrogate decision-maker, decisions should be made in the best interests of the patient, considering the patient's personal values to the extent that they are known. The nurse supports patient self-determination by participating in discussions with surrogates, providing guidance and referral to other resources as necessary, and identifying and addressing problems in the decision-making process. Support of autonomy in the broadest sense also includes recognition that people of some    cultures place less weight on individualism and choose to defer to family or community values in decision-making. Respect not just for the specific decision but also for the patient's method of decision-making is consistent with the principle of autonomy.

Individuals are interdependent members of the community. The nurse recognizes that there are situations in which the right to individual self-determination may be outweighed or limited by the rights, health and welfare of others, particularly in relation to public health considerations. Nonetheless, limitation of individual rights must always be considered a serious deviation from the standard of care, justified only when there are no less restrictive means available to preserve the rights of others and the demands of justice.

*1.5 Relationships with colleagues and others -* The principle of respect for persons extends to all individuals with whom the nurse interacts. The nurse maintains compassionate and caring relationships with colleagues and others with a commitment to the fair treatment of individuals, to integrity-preserving compromise, and to resolving conflict. Nurses function in many roles, including direct care provider, administrator, educator, researcher, and consultant. In each of these roles, the nurse treats colleagues, employees, assistants, and students with espect and compassion. This standard of conduct precludes any and all prejudicial actions, any form of harassment or threatening behavior, or disregard for the effect of one's actions on others. The nurse values the distinctive contribution of individuals or groups, and collaborates to meet the shared goal of providing quality health services.

*Provision 2* *The nurse's primary commitment is to the patient, whether an individual, family, group, or community.*

*2.1 Primacy of the patient's interests -* The nurse's primary commitment is to the recipient of nursing and health care services —the patient—whether the recipient is an individual, a family, a group, or a community. Nursing holds a fundamental commitment to the uniqueness of the individual patient; therefore, any plan of care must reflect that uniqueness. The nurse strives to provide patients with opportunities to participate in planning care, assures that patients find the plans acceptable and supports the implementation of the plan. Addressing patient interests requires     recognition of the patient's place in the family or other networks of relationship. When the patient's wishes are in conflict with others, the nurse seeks to help resolve the conflict. Where conflict persists, the nurse's commitment remains to the identified patient.

6

*2.2 Conflict of interest for nurses -* Nurses are frequently put in situations of conflict arising from competing loyalties in the workplace, including situations of conflicting expectations from patients, families, physicians, colleagues, and in many cases, health care organizations and health plans. Nurses must examine the conflicts arising between their own personal and professional values, the values and interests of others who are also responsible for patient care and health care decisions, as well as those of patients. Nurses strive to resolve such conflicts in ways that ensure patient safety, guard the patient's best interests and preserve the professional integrity of the nurse.

Situations created by changes in health care financing and delivery systems, such as incentive systems to decrease spending, pose new possibilities of conflict between economic self-interest and professional integrity. The use of bonuses, sanctions, and incentives tied to financial targets are examples of features of health care systems that may present such conflict. Conflicts of interest may arise in any domain of nursing activity including clinical practice, administration, education, or research.  Advanced practice nurses who bill directly for services and nursing executives with budgetary responsibilities must be especially cognizant of the potential for conflicts of interest. Nurses should disclose to all relevant parties (e.g., patients, employers, colleagues) any perceived or actual conflict of interest and in some situations should withdraw from further participation. Nurses in all roles must seek to ensure that  employment arrangements are just and fair and do not create an unreasonable conflict between patient care and direct personal gain.

*2.3 Collaboration -* Collaboration is not just cooperation, but it is the concerted effort of individuals and groups to attain a shared goal. In health care, that goal is to address the health needs of the patient and the public. The complexity of health care delivery systems requires a multi-disciplinary approach to the delivery of services that has the strong support and active participation of all the health professions. Within this context, nursing's unique contribution, scope of practice, and relationship with other health professions needs to be clearly articulated, represented and preserved. By its very nature, collaboration requires mutual trust, recognition, and respect among the health care team, shared decision-making about patient care, and open dialogue among all parties who have an interest in and a concern for health outcomes. Nurses should work to assure that the relevant parties are involved and have a voice in decision-making
about patient care issues. Nurses should see that the questions that need to be addressed are asked and that the information needed for informed decision-making is available and provided.  Nurses should actively promote the collaborative multi-disciplinary planning required to ensure the availability and accessibility of quality health services to all persons who have needs for health care.

Intra-professional collaboration within nursing is fundamental to effectively addressing the health needs of patients and the public. Nurses engaged in non-clinical roles, such as administration or research, while not providing direct care, nonetheless

7

are collaborating in the provision of care through their influence and direction of those who do. Effective nursing care is accomplished through the interdependence of nurses in differing roles--those who teach the needed skills, set standards, manage the environment of care, or expand the boundaries of knowledge used by the profession. In this sense, nurses in all roles share a responsibility for the outcomes of nursing care.

*2.4 Professional boundaries -* When acting within one's role as a professional, the nurse recognizes and maintains boundaries that establish appropriate limits to relationships. While the nature of nursing work has an inherently personal component, nurse-patient relationships and nurse-colleague relationships have, as their foundation, the purpose of preventing illness, alleviating suffering, and protecting, promoting, and restoring the health of patients. In this way, nurse-patient and nurse-colleague relationships differ from those that are purely personal and unstructured, such as friendship. The intimate nature of nursing care, the involvement of nurses is important and sometimes highly stressful life events, and the mutual dependence of colleagues working in close concert all present the potential for blurring of limits to professional relationships. Maintaining authenticity and expressing oneself as an individual, while remaining within the bounds established by the purpose of the relationship can be especially difficult in prolonged or long-term relationships. In all encounters, nurses are responsible for retaining their professional boundaries. When those professional boundaries are jeopardized, the nurse should seek assistance from peers or supervisors or take appropriate steps to remove her/himself from the situation.

*Provision 3* *The nurse promotes, advocates for, and strives to protect the health, safety, and rights of the patient.*

*3.1 Privacy -* The nurse safeguards the patient's right to privacy. The need for health care does not justify unwanted intrusion into the patient's life. The nurse advocates for an environment that provides for sufficient physical privacy, including auditory privacy for discussions of a personal nature and policies and practices that protect the confidentiality of information.

*3.2 Confidentiality -* Associated with the right to privacy, the nurse has a duty to maintain confidentiality of all patient information. The patient's well-being could be jeopardized and the fundamental trust between patient and nurse destroyed by unnecessary access to data or by the inappropriate disclosure of identifiable patient information. The rights, well-being, and safety of the individual patient should be the primary factors in arriving at any professional judgment concerning the disposition of confidential information received from or about the patient, whether oral, written or electronic. The standard of nursing practice and the nurse's responsibility to provide quality care require that relevant data be shared with those members of the         health care team who have a need to know. Only information pertinent to a patient's treatment and welfare is disclosed, and only to those directly involved with the patient's care. Duties of confidentiality, however, are not absolute and may need to be         modified in order to protect the patient, other innocent parties and in circumstances of mandatory disclosure for public health reasons.

8

Information used for purposes of peer review, third-party payments, and other quality improvement or risk management mechanisms may be disclosed only under defined policies, mandates, or protocols. These written guidelines must assure that the rights, well-being, and safety of the patient are protected. In general, only that information directly relevant to a task or specific responsibility should be disclosed. When using electronic communications, special effort should be made to maintain data security.

*3.3 Protection of participants in research -* Stemming from the right to self-determination, each individual has the right to choose whether or not to participate in research. It is imperative that the patient or legally authorized surrogate receive sufficient information that is material to an informed decision, to comprehend that information, and to know how to discontinue participation in research without penalty. Necessary information to achieve an adequately informed consent includes the nature of participation, potential harms and benefits, and available alternatives to taking part in the research. Additionally, the patient should be informed of how the data will be protected. The patient has the right to refuse to participate in research or to withdraw at any time without fear of adverse consequences or reprisal.

Research should be conducted and directed only by qualified persons. Prior to implementation, all research should be approved by a qualified review board to ensure patient protection and the ethical integrity of the research. Nurses should be cognizant of the special concerns raised by research involving vulnerable groups, including children, prisoners, students, the elderly, and the poor. The nurse who participates in research in any capacity should be fully informed about both the subject's and the nurse's rights and obligations in the particular research study and in research in general. Nurses have the duty to question and, if necessary, to report and to refuse to participate in research they deem morally objectionable.

*3.4 Standards and review mechanisms -* Nursing is responsible and accountable for assuring that only those individuals who have demonstrated the knowledge, skill, practice experiences, commitment, and integrity essential to professional practice are allowed to enter into and continue to practice within the profession. Nurse educators have a responsibility to ensure that basic competencies are achieved and to promote a commitment to professional practice prior to entry of an individual into practice. Nurse administrators are responsible for assuring that the knowledge and skills of each nurse in the workplace are assessed prior to the assignment of responsibilities requiring preparation beyond basic academic programs.

The nurse has a responsibility to implement and maintain standards of professional nursing practice. The nurse should participate in planning, establishing, implementing, and evaluating review mechanisms designed to safeguard patients and nurses, such as peer review processes or committees, credentialing processes, quality    improvement initiatives, and ethics committees. Nurse administrators must ensure that nurses have access to and inclusion on institutional ethics committees. Nurses must bring forward

difficult issues related to patient care and/or institutional constraints upon ethical practice for discussion and review. The nurse acts to promote inclusion of appropriate others in all deliberations related to patient care.

Nurses should also be active participants in the development of policies and review mechanisms designed to promote patient safety, reduce the likelihood of errors, and address both environmental system factors and human factors that present increased risk to patients. In addition, when errors do occur, nurses are expected to follow institutional guidelines in reporting errors committed or observed to the appropriate supervisory personnel and for assuring responsible disclosure of errors to patients. Under no circumstances should the nurse participate in, or condone through        silence, either an attempt to hide an error or a punitive response that serves only to fix blame rather than correct the conditions that led to the error.

*3.5 Acting on questionable practice -* The nurse's primary commitment is to the health, well-being, and safety of the patient across the life span and in all settings in which health care needs are addressed. As an advocate for the patient, the nurse must be alert to and take appropriate action regarding any instances of incompetent, unethical, illegal, or impaired practice by any member of the health care team or the health care system or any action on the part of others that places the rights or best interests of the patient in jeopardy. To function effectively in  this role, nurses must be knowledgeable about the Code of Ethics, standards of practice of the profession, relevant federal, state and local laws and regulations, and the employing organization's policies and procedures.

When the nurse is aware of inappropriate or questionable practice in the provision or denial of health care, concern should be expressed to the person carrying out the questionable practice. Attention should be called to the possible detrimental affect upon the patient's well-being or best interests as well as the integrity of nursing practice. When factors in the health care delivery system or health care organization threaten the welfare of the patient, similar action should be directed to the        responsible administrator. If indicated, the problem should be reported to an appropriate higher authority within the institution or agency, or to an appropriate external authority.

There should be established processes for reporting and handling incompetent, unethical, illegal, or impaired practice within the employment setting so that such reporting can go through official channels, thereby reducing the risk of reprisal against the reporting nurse. All nurses have a responsibility to assist those who identify potentially questionable practice. State nurses associations should be prepared to provide assistance and support in the development and evaluation of such processes and reporting procedures. When incompetent, unethical, illegal, or impaired practice is not corrected within the employment setting and continues to jeopardize patient well-being and safety, the problem should be reported to other appropriate authorities such as practice committees of the pertinent professional organizations, the legally constituted bodies concerned with licensing of specific categories of health workers and professional practitioners, or the regulatory agencies concerned with        evaluating

standards or practice. Some situations may warrant the concern and involvement of all such groups. Accurate reporting and factual documentation, and not merely opinion, undergird all such responsible actions. When a nurse chooses to engage in the act of responsible reporting about situations that are perceived as     unethical, incompetent, illegal, or impaired, the professional organization has a responsibility to provide the nurse with support and assistance and to protect the practice of those nurses who choose to voice their concerns. Reporting unethical, illegal, incompetent, or impaired practices, even when done appropriately,  may present substantial risks to the nurse; nevertheless, such risks do not eliminate the obligation to address serious threats to patient safety.

*3.6 Addressing impaired practice -* Nurses must be vigilant to protect the patient, the public and the profession from potential harm when a colleague's practice, in any setting, appears to be impaired. The nurse extends compassion and caring to colleagues who are in recovery from illness or when illness interferes with     job performance. In a situation where a nurse suspects another's practice may be impaired, the nurse's duty is to take action  designed both to protect patients and to assure that the impaired individual receives assistance in regaining optimal function. Such action should usually begin with consulting supervisory personnel and may also include confronting the individual in a supportive manner and with the assistance of others or helping the individual to access appropriate resources. Nurses are encouraged to follow guidelines outlined by the profession and policies of the     employing organization to assist colleagues whose job performance may be adversely affected by mental or physical illness or by personal circumstances. Nurses in all roles should advocate for colleagues whose job performance may be impaired to ensure that they receive appropriate assistance, treatment and access to fair institutional and legal processes. This includes supporting the return to practice of the individual who has sought assistance and is ready to resume professional duties.

If impaired practice poses a threat or danger to self or others, regardless of whether the individual has sought help, the nurse must take action to report the individual to persons authorized to address the problem. Nurses who advocate for others whose job performance creates a risk for harm should be protected from     negative consequences. Advocacy may be a difficult process and the nurse is advised to follow workplace policies. If workplace policies do not exist or are inappropriate--that is, they deny the nurse in question access to due legal process or demand     resignation--the reporting nurse may obtain guidance from the professional association, state peer assistance programs, employee assistance program or a similar resource.

*Provision 4* The nurse is responsible and accountable for individual nursing practice and determines the appropriate delegation of tasks consistent with the nurse's obligation to provide optimum patient care.

*4.1 Acceptance of accountability and responsibility -* Individual registered nurses bear primary responsibility for the nursing care that their patients receive and are individually accountable for their own practice. Nursing practice includes direct care

11

activities, acts of delegation, and other responsibilities such as teaching, research, and administration. In each instance, the nurse retains accountability and responsibility for the quality of practice and for conformity with standards of care.

Nurses are faced with decisions in the context of the increased complexity and changing patterns in the delivery of health care. As the scope of nursing practice changes, the nurse must exercise judgment in accepting responsibilities, seeking consultation, and assigning activities to others who carry out nursing care. For example, some advanced practice nurses have the authority to issue prescription and treatment orders to be carried out by other nurses. These acts are not acts of delegation. Both the advanced practice nurse issuing the order and the nurse accepting the order are responsible for the judgments made and accountable for the     actions taken.

*4.2 Accountability for nursing judgment and action -* Accountability means to be answerable to oneself and others for one's own actions. In order to be accountable, nurses act under a code of ethical conduct that is grounded in the moral principles of fidelity and respect for the dignity, worth, and self-determination of patients. Nurses are accountable for  judgments made and actions taken in the course of nursing practice, irrespective of health care organizations' policies or providers' directives.

*4.3 Responsibility for nursing judgment and action -* Responsibility refers to the specific accountability or liability associated with the performance of duties of a particular role.  Nurses accept or reject specific role demands based upon their education, knowledge, competence, and extent of experience. Nurses in administration, education, and research also have obligations to the recipients of nursing care. Although nurses in administration, education, and research have relationships with patients that are less direct, in assuming the responsibilities of     a particular role, they share responsibility for the care provided by those whom they supervise and instruct. The nurse must not engage in practices prohibited by law or delegate activities to others that are prohibited by the practice acts of other health  ' care providers.

Individual nurses are responsible for assessing their own competence. When the needs of the patient are beyond the qualifications and competencies of the nurse, consultation and collaboration must be sought from qualified nurses, other health professionals, or other appropriate sources. Educational resources should be sought by nurses and provided by institutions to maintain and advance the competence of nurses. Nurse educators act in collaboration with their students to assess the learning needs of the student, the effectiveness of the teaching program, the identification and utilization of appropriate resources, and the support needed for the learning process.

*4.4 Delegation of nursing activities -* Since the nurse is accountable for the quality of nursing care given to patients, nurses are accountable for the assignment of nursing responsibilities to other nurses and the delegation of nursing  care activities to other health care workers. While delegation and assignment are used here in a generic moral

12

sense, it is understood that individual states may have a particular legal      definition of these terms.

The nurse must make reasonable efforts to assess individual competence when assigning selected components of nursing care to other health care workers. This assessment involves evaluating the knowledge, skills, and experience of the individual to whom the care is assigned, the complexity of the assigned tasks, and the health status of the patient. The nurse is also responsible for monitoring the activities of these individuals and evaluating the quality of the care provided. Nurses may not delegate responsibilities such as assessment and evaluation; they may delegate tasks. The nurse must not knowingly assign or delegate to any member of the nursing team a task for which that person is not prepared or qualified. Employer policies or directives do not relieve the nurse of responsibility for making judgments about the delegation and assignment of nursing care tasks.

Nurses functioning in management or administrative roles have a particular responsibility to provide an environment that supports and facilitates appropriate assignment and delegation. This includes providing appropriate orientation to staff, assisting less experienced nurses in developing necessary skills and  competencies, and establishing policies and procedures that protect both the patient and nurse from the inappropriate assignment or delegation of nursing responsibilities, activities,      or tasks.

Nurses functioning in educator or preceptor roles may have less direct relationships with patients. However, through assignment of nursing care activities to learners they share responsibility and accountability for the care provided. It is imperative that the knowledge and skills of the learner be sufficient to provide the     assigned nursing care and that appropriate supervision be provided to protect both the patient and the learner.

*Provision 5* The nurse owes the same duties to self as to others, including the responsibility to preserve integrity and safety, to maintain competence, and to continue personal and professional growth.

*5.1 Moral self-respect -* Moral respect accords moral worth and dignity to all human beings irrespective of their personal attributes or life situation. Such respect extends to oneself as well; the same duties that we owe to others we owe to ourselves. Self-regarding duties refer to a realm of duties that primarily concern oneself and include professional growth and maintenance of competence, preservation of wholeness of character, and personal integrity.

*5.2 Professional growth and maintenance of competence -* Though it has consequences for others, maintenance of competence and ongoing professional growth involves the control of one's own conduct in a way that is primarily self-regarding. Competence affects one's self-respect, self-esteem, professional status, and the meaningfulness of work. In all nursing roles, evaluation of one's own performance, coupled with peer review, is a means by which nursing practice can be held to the

13

highest standards. Each nurse is responsible for participating in the development of criteria for evaluation of practice and for using those criteria     in peer and self-assessment.

Continual professional growth, particularly in knowledge and skill, requires a commitment to lifelong learning. Such learning includes, but is not limited to, continuing education, networking with professional colleagues, self-study, professional reading, certification, and seeking advanced degrees. Nurses are required to have knowledge relevant to the current scope and standards of nursing practice, changing issues, concerns, controversies, and ethics. Where the care required is outside the competencies of the individual nurse, consultation should be sought or the patient should be referred to others for appropriate care.

*5.3 Wholeness of character -* Nurses have both personal and professional identities that are neither entirely separate, nor entirely merged, but are integrated. In the process of becoming a professional, the nurse embraces the values of the profession, integrating them with personal values. Duties to self involve an     authentic expression of one's own moral point-of-view in practice.  Sound ethical decision-making requires the respectful and open exchange of views between and among all individuals with relevant interests. In a community of moral discourse, no one person's view should automatically take precedence over that of another. Thus     the nurse has a responsibility to express moral perspectives, even when they differ from those of others, and even when they might not prevail.

This wholeness of character encompasses relationships with patients. In situations where the patient requests a personal opinion from the nurse, the nurse is generally free to express an informed personal opinion as long as this preserves the voluntariness of the patient and maintains appropriate professional and moral boundaries. It is essential to be aware of the potential for undue influence attached to the nurse's professional role. Assisting patients to clarify their own values in reaching informed decisions may be helpful in avoiding unintended persuasion. In situations where nurses'
responsibilities include care for those whose personal attributes, condition, lifestyle or situation is stigmatized by the community and are personally unacceptable, the nurse still renders respectful and skilled care.

*5.4 Preservation of integrity -* Integrity is an aspect of wholeness of character and is primarily a self-concern of the individual nurse. An economically constrained health care environment presents the nurse with particularly troubling threats to integrity. Threats to integrity may include a request to deceive a patient, to withhold information, or to falsify records, as well as verbal abuse from patients or coworkers. Threats to integrity also may include an expectation that the nurse will act in a way that is inconsistent with the values or ethics of the profession, or more specifically a request that is in direct violation of the Code of Ethics. Nurses have a duty to remain consistent with both their personal and professional values and to accept compromise only to the degree that it remains an integrity-preserving compromise. An integrity-

14

preserving compromise does not jeopardize the dignity or well-being of the      nurse or others. Integrity-preserving compromise can be difficult to achieve, but is more likely to be accomplished in situations where there is an open forum for moral discourse and an atmosphere of mutual respect and regard.

Where nurses are placed in situations of compromise that exceed acceptable moral limits or involve violations of the moral standards of the profession, whether in direct patient care or in any other forms of nursing practice, they may express their conscientious objection to participation. Where a particular treatment, intervention, activity, or practice is morally objectionable to the nurse, whether intrinsically so or because it is inappropriate for the specific patient, or where it may jeopardize both patients and nursing practice, the nurse is justified in refusing to participate on moral grounds. Such grounds exclude personal preference, prejudice, convenience, or arbitrariness. Conscientious objection may not insulate the nurse against formal or informal penalty. The nurse who decides not to take part on the grounds of conscientious objection must communicate this decision in appropriate ways. Whenever possible, such a refusal should be made known in advance and in time for      alternate arrangements to be made for patient care. The nurse is obliged to provide for the patient's safety, to avoid patient abandonment, and to withdraw only when assured that alternative sources of nursing care are available to the patient.

Where patterns of institutional behavior or professional practice compromise the integrity of all its nurses, nurses should express their concern or conscientious objection collectively to the appropriate body or committee. In addition, they should express their concern, resist, and seek to bring about a change in those persistent activities or expectations in the practice setting that are morally objectionable to nurses and jeopardize either patient or nurse well-being.

*Provision 6*

The nurse participates in establishing, maintaining, and improving health care environments and conditions of employment conducive to the provision of quality health care and consistent with the values of the profession through individual and collective action.

*6.1 Influence of the environment on moral virtues and values -* Virtues are habits of character that predispose persons to meet their moral obligations; that is, to do what is right. Excellences are habits of character that predispose a person to do a particular job or task well. Virtues such as wisdom, honesty, and  courage are habits or attributes of the morally good person.  Excellences such as compassion, patience, and skill are habits of character of the morally good nurse. For the nurse, virtues and excellences are those habits that affirm and promote the values of human dignity, well-being, respect, health, independence, and other values central to nursing. Both virtues and excellences, as aspects of moral character, can be either nurtured by the environment in which the nurse practices or they can be diminished or thwarted. All nurses have a responsibility to create, maintain, and contribute to environments that

15

support the growth of virtues and excellences and enable nurses to fulfill their ethical obligations.

*6.2 Influence of the environment on ethical obligations -* All nurses, regardless of role, have a responsibility to create, maintain, and contribute to environments of practice that support nurses in fulfilling their ethical obligations. Environments of      practice include observable features, such as working conditions, and written policies and procedures setting out expectations for nurses, as well as less tangible characteristics such as informal peer norms. Organizational structures, role descriptions, health and safety initiatives, grievance mechanisms, ethics committees, compensation systems, and disciplinary procedures all contribute to environments that can either present barriers or foster ethical practice and professional fulfillment. Environments in which employees are provided fair hearing of grievances, are supported      in practicing according to standards of care, and are justly treated allow for the realization of the values of the profession and are consistent with sound nursing practice.

*6.3 Responsibility for the health care environment -* The nurse is responsible for contributing to a moral environment that encourages respectful interactions with colleagues, support of peers, and identification of issues that need to be addressed. Nurse administrators have a particular responsibility to assure that employees are treated fairly and that nurses are involved in decisions related to their practice and working conditions.  Acquiescing and accepting unsafe or inappropriate practices, even if the individual does not participate in the specific practice, is equivalent to condoning unsafe practice. Nurses should not remain employed in facilities that routinely violate patient rights or require nurses to severely and repeatedly compromise standards of practice or personal morality.

As with concerns about patient care, nurses should address concerns about the health care environment through appropriate channels. Organizational changes are difficult to accomplish and may require persistent efforts over time. Toward this end, nurses may participate in collective action such as collective bargaining or workplace advocacy, preferably through a professional association such as the state nurses association, in order to address the terms and conditions of employment. Agreements reached through such action must be consistent with the profession's  standards of practice, the state law regulating practice and the  Code of Ethics for Nursing. Conditions of employment must contribute to the moral environment, the provision of quality patient care and professional satisfaction for nurses.

The professional association also serves as an advocate for the nurse by seeking to secure just compensation and humane working conditions for nurses. To accomplish this, the professional association may engage in collective bargaining on behalf of nurses. While seeking to assure just economic and general welfare for nurses, collective bargaining, nonetheless, seeks to keep the interests of both nurses and patients in balance.

*Provision 7* The nurse participates in the advancement of the profession through contributions to practice, education, administration, and knowledge development.

*7.1 Advancing the profession through active involvement in nursing and in health care policy -* Nurses should advance their profession by contributing in some way to the leadership, activities, and the viability of their professional organizations. Nurses can also advance the profession by serving in leadership or mentorship roles or on committees within their places of employment. Nurses who are self-employed can advance the profession by serving as role models for professional integrity. Nurses can also advance the profession through participation in civic activities related to health care or through local, state, national, or international initiatives. Nurse educators have a specific responsibility to enhance students' commitment to professional and civic values. Nurse administrators have a responsibility to foster an employment environment that facilitates nurses' ethical integrity and professionalism, and nurse researchers are responsible for active contribution to the body of knowledge supporting and advancing nursing practice.

*7.2 Advancing the profession by developing, maintaining, and implementing professional standards in clinical, administrative, and educational practice -* Standards and guidelines reflect the practice of nursing grounded in ethical commitments and a body of knowledge. Professional standards and guidelines for nurses must be developed by nurses and reflect nursing's responsibility to society. It is the responsibility of nurses to identify their own scope of practice as permitted by professional practice standards and guidelines, by state and federal laws, by relevant societal values, and by the Code of Ethics.

The nurse as administrator or manager must establish, maintain, and promote conditions of employment that enable nurses within that organization or community setting to practice in accord with accepted standards of nursing practice and provide a nursing and health care work environment that meets the standards and guidelines of nursing practice. Professional autonomy and self regulation in the control of conditions of practice are necessary for implementing nursing standards and guidelines and assuring quality care for those whom nursing serves.

The nurse educator is responsible for promoting and maintaining optimum standards of both nursing education and of nursing practice in any settings where planned learning activities occur. Nurse educators must also ensure that only those students who possess the knowledge, skills, and competencies that are essential      to nursing graduate from their nursing programs.

*7.3 Advancing the profession through knowledge development, dissemination, and application to practice -* The nursing profession should engage in scholarly inquiry to identify, evaluate, refine, and expand the body of knowledge that forms the foundation of its discipline and practice. In addition, nursing knowledge is derived from the sciences and from the humanities. Ongoing scholarly activities are essential to fulfilling a

17

profession's obligations to society. All nurses working alone or in collaboration with others can participate in the advancement of the profession through the development, evaluation, dissemination, and application of knowledge in practice. However, an organizational climate and infrastructure conducive to scholarly inquiry must be valued and implemented for this to occur.

*Provision 8* The nurse collaborates with other health professionals and the public in promoting community, national, and international efforts to meet health needs.

*8.1 Health needs and concerns -* The nursing profession is committed to promoting the health, welfare, and safety of all people. The nurse has a responsibility to be aware not only of specific health needs of individual patients but also of broader health concerns such as world hunger, environmental pollution, lack of access to health care, violation of human rights, and inequitable distribution of nursing and health care resources. The availability and accessibility of high quality health services to all people require both interdisciplinary planning and collaborative partnerships among health professionals and others at the community, national, and international levels.

*8.2 Responsibilities to the public -* Nurses, individually and collectively, have a responsibility to be knowledgeable about the health status of the community and existing threats to health and safety. Through support of and participation in community organizations and groups, the nurse assists in efforts to educate the public, facilitates informed choice, identifies conditions and circumstances that contribute to illness, injury and disease, fosters healthy life styles, and participates in institutional and legislative efforts to promote health and meet national health objectives. In addition, the nurse supports initiatives to address barriers to health, such as poverty, homelessness, unsafe living conditions, abuse and violence, and lack of access to health services.

The nurse also recognizes that health care is provided to culturally diverse populations in this country and in all parts of the world. In providing care, the nurse should avoid imposition of the nurse's own cultural values upon others. The nurse should affirm human dignity and show respect for the values and practices associated with different cultures and use approaches to care that reflect awareness and sensitivity.

*Provision 9* The profession of nursing, as represented by associations and their members, is responsible for articulating nursing values, for maintaining the integrity of the profession and its practice, and for shaping social policy.

*9.1 Assertion of values -* It is the responsibility of a professional association to communicate and affirm the values of the profession to its members. It is essential that the professional organization encourages discourse that supports critical self-reflection and evaluation within the profession. The organization also communicates to the public the values that nursing considers central to social change that will enhance health.

*9.2 The profession carries out its collective responsibility through professional associations -* The nursing profession continues to develop ways to clarify nursing's accountability to society. The contract between the profession and society is made explicit through such mechanisms as

> (a) The Code of Ethics for Nurses
> (b) the standards of nursing practice
> (c) the ongoing development of nursing knowledge derived
> from nursing theory, scholarship, and research in order to
> guide nursing actions
> (d) educational requirements for practice
> (e) certification, and
> (f) mechanisms for evaluating the effectiveness of
> professional nursing actions.

*9.3 Intraprofessional integrity* A professional association is responsible for expressing the values and ethics of the profession and also for encouraging the professional organization and its members to function in accord with those values and ethics. Thus, one of its fundamental responsibilities is to promote awareness of    and adherence to the Code of Ethics and to critique the activities and ends of the professional association itself. Values and ethics influence the power structures of the association in guiding, correcting, and directing its activities. Legitimate concerns for the self-interest of the association and the profession are  balanced by a commitment to the social goods that are sought.    Through critical self-reflection and self-evaluation, associations must foster change within themselves, seeking to move the professional community toward its stated ideals.

*9.4 Social reform -* Nurses can work individually as citizens or collectively through political action to bring about social change. It is the responsibility of a professional nursing association to speak for nurses collectively in shaping and reshaping health care within our nation, specifically in areas of health care policy and legislation that affect accessibility,  quality, and the cost of health care. Here, the professional association maintains vigilance and takes action to influence legislators, reimbursement agencies, nursing organizations, and other health professions. In these activities, health is understood as being broader than delivery and reimbursement systems, but extending to health-related sociocultural issues such as violation of human rights, homelessness, hunger, violence, and the stigma of illness.

© 2005 The American Nurses Association, Inc. All Rights Reserved



**Free Online Articles Directory**

Find more articles, type your search...



Why Submit Articles?   Top Authors   Top Articles   FAQ   **Publish Article**

Hello Guest | Login | Register

Home Page > Health > Ethics in the Field of Nursing

## Ethics in the Field of Nursing

Comments: 0 | Views: 799 |   Share     Like



**Submit Articles for FREE**

### Author Box

Shawn Thomas has 4 articles online

Contact Author

Subscribe to RSS

Print article

Send to friend

Re-Publish article

### Articles Categories

All Categories
Health
Acne
Allergies
Alternative Medicine
Anti Aging
Cancer
Dental Care
Disabilities
Diseases and Conditions
Hair Loss
Hearing
Medical Tourism
Medicine
Men's Health
Mental Health
Nutrition
Plastic Surgeries
Quit Smoking
Sleep
Supplements & Vitamins
Vision
Wellness
Women's Health

Nursing is a profession that demands trust. A patient places their health and well being not only in the hands of their physicians, but in the hands of their nurses as well. So, to ensure that new nurses understand, and experienced nurses remember, this aspect of their profession, a nurse's code of ethic was developed. Ethics in the field of nursing are meant to hold nurses accountable to the highest standards for patients care. It is important to note that there are many versions of this code. However, since most the notable difference is the terminology and level of detail in which each topic is described, we will touch on the most common concepts or provisions.

The first and most important provision of ethics in the field of nursing is to practice with the compassion and understanding that all individuals should treated with dignity and respect regardless of their health problems, social status, race, religion, disability, financial status, or creed. This particular ethical provision is broken down to further outline the importance of a nurse's relationship with patience, the respect for human dignity, the relationships with colleagues and peers, and the right of self-determination, or a patient's right to decide their fate provided they are given accurate information regarding their condition and options.

The second provision in the code of ethics for nurses is that a nurse's primary commitment is to the patient. This section discusses how nurses should wade through conflicts where a nurse's patient and others, typically family members, other loved ones, or employers, have differing opinions on care and treatment needed. In these situations a nurse must maintain the integrity of the nursing profession, by safeguarding the patient's best interest. This provision also specifies the need for collaboration between nurses, other medical professionals, and any other person relevant to a patient's care. Finally there is section that outlines the need for professional boundaries. The code of ethics describes the need for nurses to maintain professionalism in relationships with patients and colleagues in order to ensure their patients receive the best care possible.

Next, there is the need for a nurse to promote not only a patient's health and wellbeing, but also the rights of a patient. This provision covers the need for privacy and confidentiality. This section specifies that only the information vital to a patient's health should be disclosed and only to those who are directly involved in that patient's care. However there are exceptions to this provision. Information should also be disclosed if it may protect other individuals or become a public health concern. There are also exceptions to the rule for things such as peer reviews, third party payments, lawsuits, and rehabilitations; but patient information must be disclosed in a way that upholds any and all privacy policies, protocols, laws, and/or regulations. Taking appropriate action when any member of a health team is acting inappropriately or practicing under any undo influence is also covered under this provision.

The fourth provision discusses the need for nurses to take responsibility and to be held accountable for their actions. The actions of a nurse will affect a patient's standard of care. Therefore, nurses must ensure that they show sound judgment in treating patients and delegating tasks to other nurses. In delegating, nurses must ensure that they delegate to a healthcare professional who is capable and qualified to complete the task.

Since nursing can be a thankless profession, the next provision mandates that nurses treat themselves with the care in which they treat their patients. This provision calls for the nurse to continue to grow and learn their craft; take time for him or herself; and, preserve their integrity and moral self-respect.

There are also provisions that outline a nurse's responsibility to the public and the need for nurses to positively influence their working environment. Nurses have a responsibility to use their knowledge for the betterment of those around them. They should not get caught up in the negativity of others, even if it is coming from coworkers or superiors in their workplace.

The final provisions call for nurses to strive to take the profession forward through research, identifying health needs and concerns

Ads by Google

**Business Ethics**
Ethics and compliance training and consulting from Working Values
www.workingvalues.com

**Corporate Responsibility**
What does corporate responsibility mean in practical business terms?
www.deloitte.com/us

**Social Workers**
Find Info on Evercare® Hospice Care for Your Clients - Visit Us Online.
EvercareHealthPlans.com

**Are You An RN or LPN?**
Earn a Bachelors in Nursing Online. Get Started Now! Request Free Info.
www.eLearners.com/Nursing

**Nursing Journal Archives**
Access full-text articles from thousands of medical publications.
HighBeam.com/NursingJournals

**Syndicate this Article ?**

```
<h1>Ethics in the Field of Nursing</h1>
<p><strong>By: <a href="http://www.articlesbase.com/authors/shawn-thomas/104555" title="Shawn Thomas's Articles">Shawn Thomas</a>
</strong><p>
<p> </p> <p>Nursing is a profession that demands trust. A patient
```

**SUBMIT YOUR ARTICLES TODAY**

✓ Spread your Knowledge
✓ It's Simple and Free

Sign Up Today ⊕

6/18/2010 2:45 PM

ILLINOIS INSTITUTE OF TECHNOLOGY

Quick Links      Search Content

APPLY NOW!    Contact CSEP



IIT.EDU HOME        PROSPECTIVE STUDENTS        ALUMNI        BUSINESS & INDUSTRY        VISITORS

# Center for the Study of Ethics in the Professions

Need help?
Ask a Librarian

CSEP Home        Programs        Library        About Us        Publications

Print | Email

**PROGRAMS**

**Codes of Ethics**

*Introduction*

*Index Of Codes*

*Service Organizations*

*Using a Code of Ethics*

*Authoring a Code of Ethics*

*Function and Value of Codes of Ethics*

*Bibliography*

*Other Codes of Ethics Collections*

Ethics Across the Curriculum

Ethics Bowl

IIT Code of Ethics

Nano Ethics Bank

Software Engineering Archive

Search
Advance Search

**CSEP News**

**Women in Science**

**CSEP Fellow, Michael Davis, quoted in NY Times**

**Arizona State Settles DNA Case with Indian Tribe**

## International Council of Nurses

**Organization :** International Council of Nurses

**Source :** CSEP Library

**Date Approved :** 1973

**Other Version(s) in our collection :** 2006

**Disclaimer :** Please note the codes in our collection might not necessarily be the most recent versions. Please contact the individual organizations or their websites to verify if a more recent or updated code of ethics is available. CSEP does not hold copyright on any of the codes of ethics in our collection. Any permission to use the codes must be sought from the individual organizations directly.

## Ethical Concepts Applied to Nursing

The fundamental responsibility of the nurse is fourfold : to promote health, to prevent illness, to restore health and to alleviate suffering.

The need for nursing is universal. Inherent in nursing is respect for life, dignity and rights of man. It is unrestricted by considerations of nationality, race, creed, colour, age, sex, politics or social status.

Nurses render health services to the individual, the family and the community and coordinate their services with those of related groups.

**Nurses and People**

The nurse's primary responsibility is to those people who require nursing care.

The nurse, in providing care, promotes an environment in which the values, customs and spiritual beliefs of the individual are respected.

The nurse holds in confidence personal information and uses judgement in sharing this information.

**Nurses and Practice**

The nurse carries personal responsibility for nursing practice and for maintaining competence by continual learning.

The nurse maintains the highest standards of nursing care possible within the reality of a specific situation.

The nurse uses judgement in relation to individual competence when accepting and delegating responsibilities. The nurse when acting in a professional capacity should at all times maintain standards of personal conduct which reflect credit upon the profession.

**Nurses and Society**

The nurse shares with other citizens the responsibility for initiating and supporting action to meet the health and social needs of the public.

**Nurses and Co-Workers**

The nurse sustains a cooperative relationship with coworkers in nursing and other fields.

The nurse takes appropriate action to safeguard the individual when his care is endangered by a co-worker or any other person.

**Nurses and the Profession**

The nurse plays the major role in determining and implementing desirable standards of nursing practice and nursing education.

The nurse is active in developing a core of professional knowledge.



Ex.

3



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1.    Personal Information**

Last Name: Wheeler                    First Name: Patricia                    MI: A

Street or Mailing Address: 10313 Serenade ct                              Apt Or Unit #: 

City: Clinton            County:              State: Md              ZIP: 20735

Phone Numbers: Home: ( 301 ) 868-2303          Work: ( 202 ) 444-2181

Cell: ( 301 ) 233-8778            Email Address: pw5329@yahoo.com

Date of Birth: 09/27/1976     Sex: Male ☐   Female ☒   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i.  Are you Hispanic or Latino?  ☐ Yes  ☒ No

ii.  What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☐ White

☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (county of origin or ancestry)? US

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Lisa Moore                    Relationship: Aunt

Address: _____   City: _____   State: ____   Zip Code: _____

Home Phone: ( 301 ) 283-6066     Other Phone: ( 202 ) 251-5268

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Georgetown University Hospital

Address: 3800 Reservior rd                    County: 

City: Washington          State: DC   Zip:     20007      Phone: ( 202 ) 444-2181

Type of Business: Hospital              Job Location if different from Org. Address: 

Human Resources Director or Owner Name:                    Phone: 703-558-1200

Number of Employees in the Organization at All Locations: Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

**3.  Your Employment Data** (Complete as many items as you can)   Are you a Federal Employee? ☐ Yes ☒ No

Date Hired: March 20, 2006          Job Title At Hire: RN

Pay Rate When Hired: $25                    Last or Current Pay Rate: $38

Job Title at Time of Alleged Discrimination:  RN          Date Quit/Discharged: 

Name and Title of Immediate Supervisor: Angela Hollandsworth Clinical Manager

Ex.

4



# Georgetown
# University
# Hospital
## MedStar Health

January 8, 2010

Patricia Wheeler
PRN Nurse Group II
4 East

Dear Ms. Wheeler:

This letter represents notification that the investigation into allegations of poor work performance has been concluded. Based on the findings of this investigation you will be dismissed from your position as PRN Nurse Group II for poor work performance and failure to follow hospital policy and procedure effective Friday, January 8, 2010.

Specifically, on December 27, 2009 you failed to follow policy and procedure with respect to: the administration of intravenous medications, the withholding of ordered medications, and basic patient safety monitoring. In making my decision to terminate you, I considered the fact that your actions reflected a serious lack of clinical judgment and jeopardized the health and safety of our patients.

In compliance with the Georgetown University Hospital's policy # 302 Disciplinary Actions and Dismissals you are being terminated effective Friday, January 8, 2010.

You have the right to contest this decision by filing a dispute under the provision of Human Resources Policy # 303, Dispute Resolution. However, Human Resources department must receive written notice of a dispute within ten (10) calendar days of the disputed event.

Should you have any questions regarding this notice, or the reason for its issuance, please contact Michelle Lawyer, Senior Human Resources Generalist at 703-558-1200.

Sincerely,

Angela K. Hollandsworth, RN, MSN, MBA/HCM
Clinical Manager, 4 East

I have received the original of this letter on this date:

_____          _____
Signature                                                          Date



CERTIFIE

E. SCOTT FRISON JR, ESQ

1629 K. Sd., N.W.

Ste. 300

Washington, D. C. 20036

RETURN RECEIPT REQUESTED

7008 1830 00

RESTRICTED DELIVERY

MEDSTAR - GEORGETO

c/o CT CORPORATIO

1015 15ᵗʰ S

Ste. 1000

Washington

RESTRICTED DELIVERY

FLAGS STUCK AT TO XXCR DISTURBED TO THE RIGHT